IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-234-F

| | | |
|---|---|---|
| HEATHER BIEZA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BILATERAL CREDIT CORP, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On July 13, 2011, Plaintiff filed a Notice of Settlement [DE-6] informing the court that the parties have a reached a settlement in this case, and that Plaintiff anticipated filing a voluntary dismissal of this action with prejudice. More than thirty days have passed with no additional filings by either party. Accordingly, it is ORDERED that this action is DISMISSED without prejudice to any party to reopen should settlement not be consummated. Plaintiff is DIRECTED to file her notice of voluntary dismissal on or before September 6, 2011.

SO ORDERED.

This the 18th day of August, 2011.

James C. Fox
Senior United States District Judge